UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMERICAN GENERAL LIFE INSURANCE COMPANY                              PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:25-CV-11-GHD-JMV

OLLIE H. GAMMAGE; DONALD GAMMAGE; MARGIE DENNIE; AND THE ESTATE OF JESSICA GAMMAGE, BY AND THROUGH ITS PERSONAL REPRESENTATIVE                              DEFENDANTS

### ORDER GRANTING UNOPPOSED MOTION FOR DISCHARGE

Presently before the Court is the Plaintiff American General Life Insurance Company's unopposed motion for discharge (Doc. 16). Upon due consideration, and for good cause shown, the Court finds that the motion should be GRANTED.

Accordingly, the Court hereby ORDERS as follows:

1. Plaintiff American General Life Insurance Company ("American General") has established all of the requirements for interpleader relief pursuant to 28 U.S.C. § 1335.

2. American General is hereby DISCHARGED from any and all liability to the Defendants and to any person, firm, estate, corporation, or entity on account of or in any way related to American General life insurance policy number 76615853 insuring the life of Jessica Gammage and/or related to the handling or processing of any claims made under American General life insurance policy number 76615853 insuring the life of Jessica Gammage.

3. Pursuant to 28 U.S.C. § 2361, Ollie Gammage, Donald Gammage, Margie Dennie and The Estate of Jessica Gammage, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby permanently enjoined from instituting or prosecuting against American General any separate proceeding in any state or United States Court or

1

administrative tribunal relating to American General life insurance policy number 76615853 insuring the life of Jessica Gammage and/or related to the handling or processing of any claims made under American General life insurance policy number 76615853 insuring the life of Jessica Gammage.

4. American General is hereby DISMISSED WITH PREJUDICE from this action.

5. The competing claims to the corpus of the funds interpled remain to be litigated and shall PROCEED pursuant to the Federal Rules of Civil Procedure and the Uniform Local Rules of this court.

SO ORDERED, this the 31st day of March, 2025.

_____
SENIOR U.S. DISTRICT JUDGE